USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                        :

ANA VIZCAINO,                       :

                        :

               Plaintiff,   :               1:26-cv-167-GHW

                        :

         -against-      :

                        :               ORDER

MORTEZA MEFTAH, M.D._, et al._,    :

                        :

         Defendants.  :

                        :

-------------------------------------------------------- :
                        X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of

New York, on January 8, 2026.  Dkt. No. 1.  Counsel for Plaintiff is directed to promptly file a

notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on

Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: January 11, 2026
      New York, New York

                                 _____
                                    GREGORY H. WOODS
                               United States District Judge