USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                  :

  ANA VIZCAINO,                          :

                                   :

                      Plaintiff,  :                  1:26-cv-167-GHW

                                   :

       -against-                 :

                                   :                  ORDER

  MORTEZA MEFTAH, M.D.*, et al.*,    :

                                   :

                 Defendants.  :

                                   :

------------------------------------------------------------ :
                                   X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of

New York, on January 8, 2026.  Dkt. No. 1.  On March 11, 2026, Plaintiff and certain Defendants

stipulated to dismissal.  Dkt. No. 11.  Therefore, the only Defendant remaining in this case is

"BronxCare Health System."  That Defendant has not appeared.  Accordingly, Plaintiff is ordered to

file a letter no later than March 16, 2026 informing the Court whether this action should be

remanded to state court.

      SO ORDERED.

Dated:  March 12, 2026
       New York, New York

                                          _____
                                          GREGORY H. WOODS
                                    United States District Judge