USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                        :

ANA VIZCAINO,                    :

                      :

                Plaintiff,    :             1:26-cv-167-GHW

                      :

        -v-               :            ORDER

                      :

MORTEZA MEFTA, M.D., *et al.*,   :

                      :

            Defendants.   :

                      :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On January 8, 2026, Plaintiff removed this case from state court. Dkt. No. 1. On March 12, 2026, Plaintiff and the Federal Defendants stipulated to the dismissal of Plaintiff's claims. Dkt. No. 13. Only one Defendant remained in this case. Dkt. No. 14. That Defendant has not appeared. Thus, the Court requested Plaintiff indicate whether this action should be remanded to state court. *Id.*

By letter dated March 16, 2026, Plaintiff requested that this case be remanded to the New York State Supreme Court, Bronx County. Dkt. No. 15. After the dismissal of the Federal Defendants, the Court is unaware of a basis for the Court to have subject matter jurisdiction over the claims against the remaining Defendant. Accordingly, the Clerk of Court is directed to adjourn all dates and deadlines and to remand this case to New York State Supreme Court in Bronx County without delay.

SO ORDERED.

Dated: March 16, 2026
      New York, New York

                              _____
                                 GREGORY H. WOODS
                            United States District Judge